**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

HEALTHCARE JUSTICE COALITION, LLC.,

Plaintiff,

v. No. 1:26-cv-01633-SMD-JMR

UNITEDHEALTHCARE OF NEW MEXICO, INC.;
UNITEDHEALTHCARE INSURANCE COMPANY;
UNITED HEALTHCARE SERVICES, INC.;
ALL SAVERS INSURANCE COMPANY; and
UMR, INC.,

Defendants.

**ORDER**

**THIS MATTER** is before the Court on Plaintiff's Unopposed Motion to Increase Page-Length Limitation for Reply in Support of Motion to Remand (Doc. 26). Plaintiff requests leave to file a reply not exceeding 20 pages. Defendants do not oppose the Motion.

**IT IS THEREFORE ORDERED** that Plaintiff's Unopposed Motion to Increase Page-Length Limitation for Reply in Support of Motion to Remand (Doc. 26) is **GRANTED**. Plaintiff may file a reply in support of its Motion to Remand (Doc. 10) not exceeding 20 pages.



**SARAH M. DAVENPORT**
**UNITED STATES DISTRICT JUDGE**